# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2021

Mr. David Crews
Northern District of Mississippi, Greenville
United States District Court
911 Jackson Avenue
Oxford, MS 38655

     No. 21-60230    In re: Carlos Foxx
               USDC No. 4:21-CV-31

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Allison G. Lopez, Deputy Clerk
               504-310-7702

cc w/encl:
    Mr. Carlos Foxx

# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-60230

———————

IN RE: CARLOS FOXX,

A True Copy
Certified order issued Apr 30, 2021

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

*Movant.*

———————————————————————

Authorization to file Successive Habeas Corpus Petition

———————————————————————

CLERK'S OFFICE:

Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of March 19, 2021.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
        Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT